UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHAEL CRUZ, *on behalf of himself and all others similarly situated*,

                         Plaintiffs,

-against-

THE BEAUTY CHEF INC,

                         Defendant.

------------------------------------- x

ORDER

20 Civ. 4818 (GBD)

GEORGE B. DANIELS, United States District Judge:

The November 5, 2020 initial conference is adjourned to January 21, 2021 at 9:30 a.m.

Dated: October 29, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge