**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com



November 16, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

SO ORDERED:

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 1 7 2020

Re:   Cruz v. The Beauty Chef Inc.: Case No. 1:20-cv-04818-GBD

Dear Judge Daniels:

We represent defendant The Beauty Chef Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we respectfully move the Court to stay all case deadlines for forty-five (45) days until December 31, 2020.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will seek the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

US_Active\115752514\V-1